IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


WILLIAM D. GARLAND                                                      PLAINTIFF


            v.                       Civil No. 05-5131

RANDALL DENZER; and
SGT. FOSTER                                                            DEFENDANTS


## O R D E R

On January 27, 2006 defendants filed a summary judgment motion (Doc. 25).  To assist

plaintiff in responding to the summary judgment motion, the undersigned is propounding a

questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion.

For this reason, William D. Garland is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **May 22, 2006**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 20th day of March 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

WILLIAM D. GARLAND                                                    PLAINTIFF

v.                    Civil No. 05-5131

RANDALL DENZER; and
SGT. FOSTER                                                          DEFENDANTS

## **RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  WILLIAM D. GARLAND

These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **May 22, 2006.**

1. You were arrested and booked into the Washington County Detention Center (WCDC) on May 3, 2005, on an outstanding warrant for theft of property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 1.

_____

_____

_____

_____

2. Were you incarcerated at the WCDC solely because of the pending criminal charges?

Answer:  Yes _____ No _____.

If you answered no, please state whether you were serving a sentence or your

probation, parole, or supervised release had been revoked.

_____

_____

_____

_____

3(A).  You remained incarcerated at the WCDC until September 19, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

32.

_____

_____

_____

_____

(B).  On September 19, 2005, you pled guilty and were sentenced to a term of

probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

23.

_____

_____

_____

_____

(C).  Several of the exhibits mention the Arkansas Department of Correction (ADC).

*See for example Defendants' Exhibit* 3 at page 1 (response to medical request form dated July 14, 2005).  When during your incarceration at the WCDC were you convicted of a crime?

Answer:

_____

_____

_____

_____

_____

4.  On July 8, 2005, you were being searched when an automatic door was opened and rolled over your hand.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 2.

_____

_____

_____

_____

5.  What time did the accident occur?

Answer:

_____

_____

_____

_____

6.  You were taken to the emergency room at Washington Regional Medical Center

for treatment of your hand at 21:26 (9:26 p.m.).

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 4.

_____

_____

_____

_____

7.  You described your pain as "aching" to emergency room personnel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 4.

_____

_____

_____

_____

8.  You stated the maximum severity of the pain was mild and the symptoms were

mild.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page

4.

_____

_____

_____

_____

9.  X-rays were taken of your right hand.  The x-rays showed no fracture, normal alignment, no foreign body, and no acute pathology.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 5.

_____

_____

_____

_____

10.  Physical examination of your right hand revealed no deformity, no ecchymosis, no swelling, no hematomas, full range of motion, radial pulse intact, ulner pulse intact, capillary refill less than 2 seconds, distal motor intact, distal senory intact, and stable metacarpal phalengeal joint.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 5.

_____

_____

_____

_____

11(A).  You were diagnosed as having a contusion to your right hand.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 5.

_____

_____

_____

_____

(B).  Please describe:  (a) the injury to your hand; (b) the symptoms you were

experiencing; (c) the severity of the symptoms; (d) how the injury interfered with your

activities of daily living; and (e) how long it took you to recover from the injury.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    12.   You were prescribed Ultram for pain and told to apply ice to your hand for

fifteen minutes every two hours.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 5.

_____

_____

_____

_____

    13.   Did you receive the prescribed medication?

    Answer:  Yes _____ No _____.

    If you answered no, please explain.

_____

_____

_____

_____

    14.   Were you given ice to apply to your hand?

    Answer:  Yes _____ No _____.

    If you answered yes, please state how you obtained the ice, how often you asked for

the ice, and whether you received the ice when you asked for it.

_____

_____

_____

_____

_____

     If you answered no, please state whether you requested the ice.

_____

_____

_____

_____

_____

     15.  After you returned to the jail on July 8, 2005, you were moved to cell MH2.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

31.

_____

_____

_____

_____

     16.  On July 13, 2005, you submitted a medical request checking on the status of your

prescription for Tramadol.  You noted that your emergency room prescription was about to

run out.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 1.

_____

_____

_____

_____

_____

_____

_____

_____

17.  The nurse responded on July 14, 2005.  She stated that Tramadol had been

ordered and had been started.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 3 at page

1.

_____

_____

_____

_____

_____

_____

_____

_____

_____

18.   What was the Tramadol for?

Answer:

_____

_____

_____

_____

19. When did you start receiving the Tramadol?

Answer:

_____

_____

_____

_____

_____

_____

_____

20. On July 24, 2005, you submitted another medical request form in which you

stated that you hand was still swollen and you were in a lot of pain.  You indicated you were

almost out of Tramadol and asked what needed to be done to obtain more.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 3.

_____

_____

_____

_____

_____

_____

    21.   Nurse Bradley responded on July 26, 2005.  She stated the Tramadol would be reordered and the ADC would pay for the prescription.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 3.

_____

_____

_____

_____

_____

_____

    22.   On August 3, 2005, you submitted a medical request stating that you would like your third Tramadol in the p.m. instead of at H.S.  You also stated you wanted the nurse to look at your hand.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 5.

_____

_____

_____

_____

_____

_____

23.  Nurse Bradley responded on August 5th.  She stated you were on the list to see

the doctor and that your third dose of Tramadol had been moved to the p.m. instead of at H.S.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 5.

_____

_____

_____

_____

_____

_____

_____

_____

24(A).  What is H.S.?

Answer:

_____

_____

_____

_____

_____

(B).  Nurse Bradley indicated you were on the list to see the doctor.  Did you see the

doctor?

Answer:  Yes _____  No _____.

If you answered yes, please state when you were seen by the doctor and what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

25.  On August 12, 2005, you asked for your Tramadol to be changed to a.m., noon, and p.m.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 6.

_____

_____

_____

_____

26.   In response, Nurse Bradley said the change had been made on the medication

sheet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 3 at page

6.

_____

_____

_____

_____

_____

_____

_____

_____

27.   Between August 5th and August 12th, were you still getting your third dose of

Tramadol at H.S.?

Answer:  Yes _____ No _____.

If you answered yes, please explain how this was harmful to you.

_____

_____

_____

_____

_____

_____

_____

28.   On August 15, 2005, you asked Nurse Bradley to help locate the medication cards for your Tramadol.  You indicated the card for the third dose each day was missing. You also asked that you be allowed to take the third dose in the p.m. instead of at H.S.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 7.

_____

_____

_____

_____

_____

_____

_____

_____

29.   On August 29, 2005, you asked to speak to Nurse Bradley regarding your medication.  You also stated your hand did not seem to be improving and you would like her to look at it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 9.

_____

_____

_____

_____

_____

_____

_____

_____

    30.  Did you speak to, or were you seen by, Nurse Bradley in response to this

request?

    Answer:  Yes _____ No _____.

    If you answered yes, please state:  (a) when you spoke to, or saw, her: and (b) what

treatment, if any, you received.

_____

_____

_____

_____

_____

    31.  On September 5, 2005, you submitted a medical request asking to talk to Nurse

Bradley about your medication and also asking her to look at your hand.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

10.

_____

_____

_____

_____

32.  In response, Nurse Bradley indicated she would call in refills of your medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

10.

_____

_____

_____

_____

_____

33.   Did she look at your hand?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you spoke to, or saw, her: and (b) what

treatment, if any, you received.

_____

_____

_____

_____

_____

34.   With respect to your claim against Sgt. Foster, please answer the following:

(A) Was Sgt. Foster present when your hand was injured?

Answer:  Yes _____ No _____.

If you answered yes, please state what Sgt. Foster was doing and whether he was

aware your hand was injured.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B) Explain in detail how Sgt. Foster denied you medical care.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(C) When your hand was injured were you seen by the jail nurse or jail doctor?

Answer: Yes _____ No _____.

If you answered yes, please state: who you were seen by; when you were seen; and what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

35. With respect to your claim against Randall Denzer, please answer the following:

(A) Was Randall Denzer present when your hand was injured?

Answer: Yes _____ No _____.

If you answered yes, please state what Randall Denzer was doing and whether he was aware your hand was injured.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     If you answered no, please explain how you believe Randall Denzer is responsible for

the actions taken by Sgt. Foster or others.

_____

_____

_____

_____

_____

_____

_____

_____

     (B) Explain in detail how Randall Denzer denied you medical care.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

36.   All decisions regarding the medical care and treatment you should receive for

your hand were made by medical personnel at the hospital or the jail medical personnel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

37.   All orders of the medical personnel at the hospital were carried out by personnel

at the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

38.   Please explain in detail how you believe a delay in your receiving medical care on July 8, 2005, injured you.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

39.   Under § 1983 a defendant can be sued in his official capacity, or his individual capacity, or both.  An official capacity claim is the same as suing the governmental entity for whom the defendants work.  Did you intend to sue the defendants in their individual capacities, their official capacities, or in both capacities?

Answer:

_____

_____

_____

_____

_____

40.  Following your release from custody on September 19, 2005, did you seek

medical treatment for your hand?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you sought medical treatment; (b) who

you were treated by; and (c) what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain why you did not seek treatment.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   Detail below any further response you would like to make to defendants' summary

judgment motion.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

      EXECUTED ON THIS _____ DAY OF _____ 2006.


_____

      WILLIAM D. GARLAND