```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**WILLIAM D. GARLAND**                                    **PLAINTIFF**

**v.**                    Civil No.05-5131

**RANDALL DENZER; and**
**SGT. FOSTER**                                           **DEFENDANT**

### O R D E R

Now on this 21st day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #29), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                   **/s/Jimm Larry Hendren**
                                   **HON. JIMM LARRY HENDREN**
                                   **UNITED STATES DISTRICT JUDGE**