```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**WILLIAM D. GARLAND**                                                **PLAINTIFF**

        v.              Civil No. 05-5131

**RANDALL DENZER and SGT. FOSTER**                                  **DEFENDANTS**

### O R D E R

Two untitled motions are currently pending before this Court, filed by plaintiff. The first, document #36, asks for an extension of time to file a notice of appeal. The second, document #37, asks for relief from judgment pursuant to **F.R.C.P. 60(b)**. In order to properly dispose of these motions, the Court requires additional information from plaintiff, and he is directed to complete and file the Questionnaire appended to this Order, no later than ten (10) days from the date of this Order. The Court will consider plaintiff's responses to this Questionnaire in resolving the pending motions.

**IT IS SO ORDERED,** this 14th day of December, 2006.

                                              **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**WILLIAM D. GARLAND**                                              **PLAINTIFF**

      **v.**            **Civil No. 05-5131**

**RANDALL DENZER and SGT. FOSTER**                         **DEFENDANTS**

<u>**QUESTIONNAIRE**</u>

    1.   State your places of residence at all times between March 20, 2006, and October 23, 2006, giving the dates for each location in which you resided: _____

_____

_____

_____

    2.   State the address at which you received mail when you lived at each of the addresses listed in answer to Question 1:

_____

_____

_____

    3.   If you were receiving mail at some address other than your residence, what provisions were made for such mail to be delivered to you? _____

_____

_____

-2-

    4.    When and by what means did you notify the Court of your changes of address? _____

_____

_____

    5.    When and under what circumstances did you receive a copy of the Magistrate Judge's Report and Recommendation (document #29)? _____

_____

_____

    6.    When and under what circumstances did you receive a copy of the Court's Order adopting the Magistrate Judge's Report and Recommendation (document #30)? _____

_____

_____

_____

                                       _____

                                       **William D. Garland**